UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MATILDE CRUZ**,<br><br>          Plaintiff,<br><br>vs.<br><br>**MAJESTIC CLEANING, INC., and RANDY GUNN, Individually,**<br><br>          Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No.: **2:16-cv-05885-JFB-AYS** |

Plaintiff, MATILDE CRUZ, by and through the undersigned counsel, hereby stipulates and agrees that the above-captioned action is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(i).

Dated: March 30, 2016                                         Respectfully submitted,

                                                              s/ Jodi J. Jaffe_____
                                                              Jodi J. Jaffe, Esquire
                                                              E-mail: JJaffe@JaffeGlenn.com
                                                              New York Bar No.: JJ8034
                                                              JAFFE GLENN LAW GROUP, P.A.
                                                              301 N. Harrison Street, Suite 9F, #306
                                                              Princeton, New Jersey 08540
                                                              Telephone: (201) 687-9977
                                                              Facsimile: (201) 595-0308
                                                              Attorneys for Plaintiff

1

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 30, 2017, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                 /s/ Jodi J. Jaffe_____
                                                 Jodi J. Jaffe, Esquire

SERVICE LIST

Lisa M. Griffith
LITTLER MENDELSON, P.C.
290 Broadhollow Road, Suite 305
Melville, New York 11747
631.247.4700
631.850.5363 (fax)
lgriffith@littler.com
Attorneys for Defendants